ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANNABELLE J. YANG
Special Assistant United States Attorney

    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone (415) 977-8946
    Facsimile  (415) 744-0134
    E-mail: annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JAMES MICHAEL OWEN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br>    Defendant. | Case No.  5:13-CV-01908-JLS-DFM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $4,127.07 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated:   July 10, 2014

_____
HON. DOUGLAS F. McCORMICK
United States Magistrate Judge